```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 14731
   OSCAR LEWIS
   CASSANDRA LACASTA LEWIS                     CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-8450     SSN XXX-XX-5195

-------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 06/09/08 .

     2.  The case was converted to Chapter 7 without confirmation, 08/15/2008.

     3.  The Debtor paid a total of $    435.00 .

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
CHASE MANHATTAN BANK       CURRENT MORTG            .00            .00           .00
CHASE MANHATTAN BANK       MORTGAGE ARRE     NOT FILED            .00           .00
HSBC MORTGAGE              SECURED                  .00            .00           .00
HSBC MORTGAGE              MORTGAGE ARRE     NOT FILED            .00           .00
ARGONNE CREDIT UNION       SECURED VEHIC           .00            .00           .00
ARGONNE CREDIT UNION       SECURED VEHIC           .00            .00           .00
PERSONAL FINANCE           SECURED VEHIC           .00            .00           .00
US CELLULAR                UNSECURED         NOT FILED            .00           .00
ADVANCED FAMILY DENTAL P   UNSECURED         NOT FILED            .00           .00
AT & T WIRELESS            UNSECURED         NOT FILED            .00           .00
DIRECT TV                  UNSECURED         NOT FILED            .00           .00
AMERICAN CREDIT SYSTEM     UNSECURED         NOT FILED            .00           .00
ARGONNE CREDIT UNION       UNSECURED         NOT FILED            .00           .00
BARCLAYS BANK DELAWARE     UNSECURED         NOT FILED            .00           .00
BLUEGREEN CORPORATION      UNSECURED         NOT FILED            .00           .00
BOB BRYANT                 UNSECURED         NOT FILED            .00           .00
CACH LLC                   UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                 PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
CAPITAL ONE BANK           UNSECURED         NOT FILED            .00           .00
CITIBANK                   UNSECURED         NOT FILED            .00           .00
CREDIT MANAGEMENT SERVIC   UNSECURED         NOT FILED            .00           .00
CREDIT ONE BANK            UNSECURED         NOT FILED            .00           .00
CREDITORS COLLECTION       UNSECURED         NOT FILED            .00           .00
D&I ELECTRONICS            UNSECURED         NOT FILED            .00           .00
```

```
DIRECTV                       UNSECURED        NOT FILED              .00           .00
DISCOVER BANK                 UNSECURED        NOT FILED              .00           .00
FIRST NATIONAL BANK OF O      UNSECURED        NOT FILED              .00           .00
FINGERHUT CREDIT ADVANTA      UNSECURED        NOT FILED              .00           .00
FIRST DATA LEASING SOLUT      UNSECURED        NOT FILED              .00           .00
FIRST PREMIER BANK            UNSECURED        NOT FILED              .00           .00
FMS INC                       UNSECURED        NOT FILED              .00           .00
GEMB                          UNSECURED        NOT FILED              .00           .00
GEMB                          UNSECURED        NOT FILED              .00           .00
COMMONWEALTH EDISON           UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
HSBC                          UNSECURED        NOT FILED              .00           .00
IL DEPT OF EMPLOYMENT SE      UNSECURED        NOT FILED              .00           .00
INTERNAL REVENUE SERVICE      UNSECURED        NOT FILED              .00           .00
JOHNSON WATER CONDITIONI      UNSECURED        NOT FILED              .00           .00
BOB BRYANT                    UNSECURED        NOT FILED              .00           .00
MERRICK BANK                  UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS         UNSECURED        NOT FILED              .00           .00
NCO FINANCIAL SYSTEMS         UNSECURED        NOT FILED              .00           .00
NICOR GAS                     UNSECURED        NOT FILED              .00           .00
PERSONAL FINANCE              UNSECURED        NOT FILED              .00           .00
PROVENA ST JOSEPH MEDICA      UNSECURED        NOT FILED              .00           .00
SEARS BKRUPTCY RCVRY MGM      UNSECURED        NOT FILED              .00           .00
SPRINT NEXTEL                 UNSECURED        NOT FILED              .00           .00
VISION FINANCIAL SERVICE      UNSECURED        NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S      UNSECURED        NOT FILED              .00           .00
WASHINGTON MUTUAL CARD S      UNSECURED        NOT FILED              .00           .00
WASTE MANAGEMENT OF IL N      UNSECURED        NOT FILED              .00           .00
WELLS FARGO FINANCIAL         UNSECURED        NOT FILED              .00           .00
WILL COUNTY HEALTH C U        UNSECURED        NOT FILED              .00           .00
------------------------------------------------------------------------------------------
CREDITOR NAME                 CLASS            CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                                     PAID           PAID
------------------------------------------------------------------------------------------
WILL COUNTY MEDICAL ASSO      UNSECURED        NOT FILED              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------------------
                    SECURED       PRIORITY     UNSECURED         OTHER          TOTAL
------------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00            .00           .00           .00            .00
PRINCIPAL PAID          .00            .00           .00           .00            .00
INTEREST PAID           .00            .00           .00           .00            .00
TOTAL PAID              .00            .00           .00           .00            .00
```

The Debtor's attorney, ERIC C ZELAZNY & ASSOC       , was allowed $       .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $    435.00 .

     Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 11/13/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE  3
        CASE NO. 08 B 14731 OSCAR LEWIS & CASSANDRA LACASTA LEWIS
```